NCOStay
(Rev. 08/2025)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: September 18, 2025**

Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| *In re:* | : | |
| DAVID L. VORNHOLT | : | Case No. 25-11808 |
| | : | Chapter 13 |
| | : | Judge Beth A. Buchanan |
| | : | |
| *Debtor(s).* | : | |

**ORDER REGARDING MOTION FOR RELIEF
FROM AUTOMATIC STAY AND/OR CODEBTOR STAY (DOC. NO. 74)
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion for Relief from Automatic Stay and/or Codebtor Stay (hereinafter, the "Motion") does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The certificate of service does not show service upon the required parties, or reflects service upon an incorrect party, as indicated below.  (LBR 9013-3(b) provides that unless the court orders otherwise or unless specifically limited or expanded by a Rule or Local Rule, every filing, application, motion, or other paper or document filed, other than a proof of claim, shall be served on the debtor, the debtor's case attorney, the trustee, the United States Trustee, each committee appointed pursuant to the Code or in a Chapter 11 case without a committee, the 20 largest unsecured creditors, upon any party directly affected by the relief sought, and upon any party who requests notice.  Additionally, LBR 4001-1(a)(5) requires the movant to serve any applicable codebtor when relief is sought from the codebtor stay, and all holders of liens or encumbrances known to the movant or scheduled by the debtor(s).)

☒ Debtor

☒ The Motion is not accompanied by the mandatory notice of the right to object or respond, and the time within which to do so.  (LBR 9013-1(a) provides that a motion or application shall be accompanied by a mandatory notice that complies with Official Form 420A or the Sample 21 Day Notice found in LBR 9013-1(a).)

Movant shall file within **fourteen (14) days from the entry date of this Order** an amended motion consistent with this Order.  Failure to comply with the terms of this Order may result in denial of the Motion without further notice.

**SO ORDERED.**

Copies To:
Default List