## Proceeding Memo

**Date:** Evidentiary hearing set for September 16, 2025, at 10:00 a.m. was held before the Honorable Beth A. Buchanan, United States Bankruptcy Judge, United States Bankruptcy Court, Cincinnati, Ohio.

**Case No. and Debtor(s) Name**: 25-11808 (David L. Vornholt, Debtor)

**Law Clerks**: A. Ryan Cunningham, Esq. and Colleen Militello, Esq.

**ECRO**: Yvonne Ventre

**Courtroom Deputy**: Heather Gilliam

**Appearances**: Jason A. Fountain, Esq., appeared on behalf of Clermont County Treasurer, Frank DiCesare, Esq. on behalf of Chapter 13 Trustee, Margaret A. Burks, Esq., as Chapter 13 Trustee, Tammy Stickley, Esq., on behalf of Chapter 13 Trustee, Joshua A. Koltak, Esq. on behalf of Minster Bank, and Greg M. Wetherall, Esq. appeared on behalf of the Debtor.

**Agenda**: Evidentiary Hearing on Debtor's *Emergency Motion to Impose Automatic Stay and Emergency Injunction Prohibiting the Sale of Debtor's Property* [Docket Number 6], Clermont County Treasurer's *Objection* [Docket Number 14], and Creditor Minster Bank's *Objection* [Docket Number 45]; Debtor's *Motion to Sell Real Property* [Docket Number 55], as *Amended* [Docket Number 59], Trustee's *Objection* [Docket Number 61], and Clermont County Treasurer's *Objection* [Docket Number 69];

**Exhibits**: Debtor's Exhibits 1-4, 6, 8-16, 18, 19, 21, 22, 24, 26, 27 [Docket Numbers 67, 72] were admitted by the Court without objection. Creditor Clermont County Treasurer's Exhibits A-K [Docket Number 65] were admitted by the Court without objection.

**Witnesses**: Charles Barrowman, David Vornholt, Ron Sears, Willam Deavers, Jeannie Zurmehly, Dave Stigler, Heath Wilson.

**Results**: For the reasons delineated on the record, the Court will take these matters under advisement. A complete cd [and/or transcript] of this evidentiary hearing may be ordered by contacting Yvonne Ventre at (513) 684-2572.